

**accessKansas: The Official Web Site for the State of Kansas**

# Kansas Online Business Entity Search

A partnership of the
KANSAS SECRETARY of STATE
and the INFORMATION NETWORK
of KANSAS, INC.

**Business Entity Search**

**Helpful Hints**

**Privacy Statement**

**Contact Info**

**< KSOS Web site**
**< Kansas Web site**

## Kansas Secretary of State
## Business Entity Search

**Business Entity ID Number:** *0058917*

[ Certificate of Good Standing ]

[ Letter of Good Standing ]

**NATIONAL CARRIERS, INC.**

1501 E. 8TH ST.
LIBERAL, KS 67901

**Close Corp** [N]
**Tax Year End** [08]
**Date of Incorporation** [06/28/1968]
**Last Correct Annual Report** [08/2004]
**Next Annual Report Due Date** [12/15/2005]
**Extension** [00/00/0000]
**Forfeiture** [03/15/2006]
**Expiration** [12/31/9999]
**State/Country Formation** [KS]

**Resident Agent**

**THE CORPORATION COMPANY, INC.**

515 SOUTH KANSAS AVENUE
TOPEKA, KS 66603-0000
County: SN

**Business Entity Type**

**DOM: FOR PROFIT CORPORATION**

**Business Entity Status**

**CORPORATION IS ACTIVE AND IN GOOD STANDING**



EXHIBIT "A"

Copyright © 2002-2005, Kansas.gov :: Policies and Statements | Help Center | Survey



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

---

**INITIATE NEW BROWSE**

FIC 850-248

```
Corporation
   Legal Name:    Allstate Insurance Company

State Of Inc:    Illinois

Qualified...:    10-13-1938

Reg Agent...:    COMMISSIONER OF INSURANCE

Prin Address:    20 NORTH WACKER DR
                 CHICAGO, IL

Nat Of Bus..:    FOR CORPORATE DETAILS CONTACT THE INSURANCE DEPT. (334) 269-3550
```

| 2005 ▼ | **ANNUAL REPORTS** |

**← PREVIOUS PAGE**



© 2005, Office of the Secretary of State, State of Alabama



EXHIBIT
"B"

http://arc-sos.state.al.us/CGI/SOSCRP10.mbr/output?PGM=1&P01=850248M          11/4/2005

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

CARL BRUCE FANNING and BRONDENA  \*
FANNING,  \*
 \*
 \*
Plaintiffs,  \*  CASE NO.: CV-05- 2663
 \*
vs.  \*
 \*
NATIONAL CARRIERS; BRUCE NORMAN,  \*
JR.; and ALLSTATE INSURANCE  \*
COMPANY, INC.,  \*
 \*
Defendants.  \*

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    NATIONAL CARRIERS
1501 E. 8TH STREET
LIBERAL, KA 67901

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

JULIA A. BEASLEY
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

CIRCUIT CLERK

Dated: 10/24/05



EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and BRONDENA FANNING, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO.: _____ |
| NATIONAL CARRIERS; BRUCE NORMAN, JR., and ALLSTATE INSURANCE COMPANY, INC. ) ) ) ) | |
| Defendants. ) | |

## NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

TO: PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Pursuant to 28 U.S.C. §1446(d), you are hereby notified of the filing of a Notice of Removal in the above-styled cause, removing the same from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. A true and correct copy of said Notice of Removal is attached hereto.

Dated this the 22nd day of November, 2005.

_____
ROBERT C. BLACK, JR.   (BLA 063)
Attorney for Defendants
National Carriers, Inc.
And Bruce Norman, Jr.

OF COUNSEL:

HILL, HILL, CARTER,
   FRANCO, COLE & BLACK, P.C.
425 SOUTH PERRY STREET
POST OFFICE BOX 116
MONTGOMERY, ALABAMA  36101-0116
(334) 834-7600
(334) 832-7419 (telecopier)



EXHIBIT "D"

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Jere L. Beasley, Esq., and Julia A. Beasley, Esq., BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C., Post Office Box 4160, Montgomery, Alabama 36103-4160, by placing a copy of the same in the United States Mail, postage pre-paid and properly addressed on this the 22nd day of November, 2005.

_____
OF COUNSEL