IN THE CIRCUIT COURT
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| CARL BRUCE FANNING and BRONDENA FANNING, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO.: CV-05-2663 |
| NATIONAL CARRIERS; BRUCE NORMAN, JR., and ALLSTATE INSURANCE COMPANY, INC. ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Hon. Melissa Rittenour
      Clerk, Circuit Court of Montgomery County, Alabama
      251 South Lawrence Street
      Post Office Box 1667
      Montgomery, Alabama 36102-1667

Pursuant to 28 U.S.C. §1446(d), the defendants hereby file a true and correct copy of their Notice of Removal of this cause from this Court to the United States District Court for the Middle District of Alabama, Northern Division.

Dated this the 22nd day of November, 2005.

_____
ROBERT C. BLACK, JR.   (BLA 063)
Attorney for Defendants
National Carriers, Inc.
And Bruce Norman, Jr.



EXHIBIT "E"

OF COUNSEL:

HILL, HILL, CARTER,
  FRANCO, COLE & BLACK, P.C.
425 SOUTH PERRY STREET
POST OFFICE BOX 116
MONTGOMERY, ALABAMA  36101-0116
(334) 834-7600
(334) 832-7419 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Jere L. Beasley, Esq., and Julia A. Beasley, Esq., BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C., Post Office Box 4160, Montgomery, Alabama 36103-4160, by placing a copy of the same in the United States Mail, postage pre-paid and properly addressed on this the 22nd day of November, 2005.

OF COUNSEL