IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARL BRUCE FANNING and BRONDENA    *
FANNING,    *
   *
      Plaintiffs,    *
   *     CASE NO.:  2:05-CV-01121-CSC
vs.    *
   *
NATIONAL CARRIERS, INC.; BRUCE    *
NORMAN, JR.; and ALLSTATE    *
INSURANCE COMPANY, INC.,    *
   *
      Defendants.    *

## PLAINTIFFS' OPPOSITION TO DEFENDANTS NATIONAL CARRIERS, INC. AND BRUCE NORMAN JR.'S  MOTION TO DISMISS

Plaintiffs oppose Defendants National Carriers, Inc., and Bruce Norman Jr.'s Motion to Dismiss by stating the following:

1.	As stated in the Complaint, Plaintiffs allege that Defendant Bruce Norman, Jr., while acting as agent for Defendant National Carriers, Inc., negligently or wantonly caused the tractor-trailer unit he was operating to collide with the vehicle operated by Plaintiff Carl Fanning on June 17, 2005.

2.	In the Complaint, Plaintiffs have alleged that as a proximate consequence of Defendant Norman's negligence or wantonness, Plaintiff Carl Fanning was injured. Mr. Fanning's wife, Brondena Fanning, has a valid loss of consortium claim.

3.	Plaintiffs' Complaint states a valid cause of action for which relief can be granted.

4.	Defendants' Motion to Dismiss is without merit and should be denied.

1

WHEREFORE, Plaintiffs request the Court to DENY Defendants National Carriers, Inc., and Bruce Norman Jr.'s Motion to Dismiss.

_____
JULIA A. BEASLEY (BEA039)
Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 19th day of January, 2006.

_____
OF COUNSEL

Ms. Celeste Patton Armstrong
VARNER & ASSOCIATES
2600 Meadow Brook south, Suite 200
at 2600 Corporate Drive
Birmingham, AL 35242

Mr. Robert C. Black, Jr.
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, AL 36101-0116