IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA **RECEIVED**
NORTHERN DIVISION

2006 FEB 16  P 2: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| CARL BRUCE FANNING and BRONDENA FANNING, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO: 2:05-cv-01121-CSC |
| NATIONAL CARRIERS, INC., BRUCE NORMAN, JR. and ALLSTATE INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, EDWARD C. HIXON of the firm SLATEN & O'CONNOR, P. C., and

hereby files this his Notice of Appearance as additional counsel on behalf of Defendant, Allstate

Insurance Company, in the above-styled case.

**EDWARD C. HIXON (Ala. Code HIX003)**

OF COUNSEL:
**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104
(334) 396-8882

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing **Notice of Appearance** by placing a copy of the same in the United States Mail, postage prepaid, to the following on this the ___ day of February, 2006.

Julia A. Beasley, Esq.
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
P. O. Box 4160
Montgomery, Alabama 36103-4160

Celeste Patton Armstrong, Esq.
**VARNER & ASSOCIATES**
2600 Meadow Brook South, Suite 200
Birmingham, Alabama 35242

Robert C. Black, Jr., Esq.
**HILL, HILL, CARTER, FRANCO,**
**COLE & BLACK, P.C.**
425 South Perry Street
P. O. Box 116
Montgomery, Alabama 36101-0116

**OF COUNSEL**

F:\AUTOLINE\ALLSTATE\Fanning\Plead\Fed NOA - ECH.wpd

2