**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 24, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Carl Bruce Fanning, et al. v. National Carriers, et al. |
| **Case Number:** | #2:05-cv-01121-CSC |
| **Referenced Document:** | Document #1<br>Notice of Removal |

**This notice has been docketed to enter the answer filed in the Circuit Court of Montgomery County, Alabama into the record as an attachment to the referenced document. The answer was not submitted with the state court pleadings at the original time of filing. The pdf of the answer is attached to this notice.**