IN THE IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION, ALABAMA

CARL BRUCE FANNING and
BRONDENA FANNING,

     Plaintiffs,

v.

NATIONAL CARRIERS, BRUCE
NORMAN, JR. and ALLSTATE
INSURANCE COMPANY, INC.,

     Defendants.

2006 FEB 10 A 9: 30

CIVIL ACTION FILE NUMBER:
2:05-CV-01121-CSC

## MOTION TO WITHDRAW

**COMES NOW**, Celeste Patton Armstrong, and moves to withdraw as counsel for the defendant, Allstate Insurance Company, in the above-styled action. The firm Slaten & O'Connor expects to file a notice of appearance and assume the defense of Allstate Insurance Company. No prejudice will result to said defendant or other party to this action.

             By _____
               Celeste Patton Armstrong
               AL Bar Number: PAT044
               Attorney for Defendant,
               Allstate Insurance Company

**OF COUNSEL:**
**VARNER & ASSOCIATES**
2600 Meadow Brook South, Suite 200
at 2600 Corporate Drive
Birmingham, AL 35242
Telephone: (205) 981-3700

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served a copy of the within and foregoing document upon:

Julia A. Beasley, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL  36103

Robert C. Black, Jr.
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, AL 36101-0116

by placing a copy of same in the United States Mail in a properly
addressed envelope with sufficient postage thereon to ensure
delivery.

This the 30th  day of January, 2006.

_____
OF COUNSEL