IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING, *et al*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1121-CSC |
| | ) |
| NATIONAL CARRIERS, *et al*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the February 10, 2006, motion to withdraw (doc. # 9) filed by Attorney Celeste Patton Armstrong as counsel for defendant Allstate Insurance Company, Inc. Attorney Edward Hixon has filed a notice of appearance on Allstate's behalf. (Doc. # 7). Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motion to withdraw (doc. # 9) be and is hereby GRANTED.

Done this 1st day of March, 2006.

                                    /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE