**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 8, 2006

# NOTICE OF REASSIGNMENT

Re:   Carl Bruce Fanning, et al. v. National Carriers, et al.
      Civil Action No. #2:05-cv-01121-CSC

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #2:05-cv-01121-MHT.  This new case number should be used on all future correspondence and pleadings in this action.