IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and ) | |
| BRONDENA FANNING, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1121-MHT |
| ) | |
| NATIONAL CARRIERS, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to dismiss (doc. no. 4) is denied.

DONE, this the 14th day of March, 2006.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　  UNITED STATES DISTRICT JUDGE