

# Kansas Online Business Entity Search

**Business Entity Search**

**Helpful Hints**

**Privacy Statement**

**Contact Info**

< **KSOS Web site**
< **Kansas Web site**

## Kansas Secretary of State
## Business Entity Search

Business Entity ID Number: **0058917**

[Certificate of Good Standing]

[Letter of Good Standing]

**NATIONAL CARRIERS, INC.**

1501 E. 8TH ST.
LIBERAL, KS 67901

**Close Corp** [N]
**Tax Year End** [08]
**Date of Incorporation** [06/28/1968]
**Last Correct Annual Report** [08/2004]
**Next Annual Report Due Date** [12/15/2005]
**Extension** [00/00/0000]
**Forfeiture** [03/15/2006]
**Expiration** [12/31/9999]
**State/Country Formation** [KS]

### Resident Agent

**THE CORPORATION COMPANY, INC.**

515 SOUTH KANSAS AVENUE
TOPEKA, KS 66603-0000
County: SN

### Business Entity Type

DOM: FOR PROFIT CORPORATION

### Business Entity Status

CORPORATION IS ACTIVE AND IN GOOD STANDING



EXHIBIT "A"

Copyright © 2002-2005, Kansas.gov :: Policies and Statements | Help Center | Survey