

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

INITIATE NEW BROWSE

FIC 850-248

Corporation
  Legal Name:    Allstate Insurance Company

State Of Inc:    Illinois

Qualified...:    10-13-1938

Reg Agent...:    COMMISSIONER OF INSURANCE

Prin Address:    20 NORTH WACKER DR
                 CHICAGO, IL

Nat Of Bus..:    FOR CORPORATE DETAILS CONTACT THE INSURANCE DEPT. (334) 269-3550

2005   ANNUAL REPORTS
       ← PREVIOUS PAGE



© 2005, Office of the Secretary of State, State of Alabama



EXHIBIT "B"

11/4/2005