IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and BRONDENA FANNING, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL CARRIERS; BRUCE NORMAN, )<br>JR., and ALLSTATE INSURANCE )<br>COMPANY, INC. )<br>)<br>Defendants. ) | CASE NO.: _____ |

## NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

TO: PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Pursuant to 28 U.S.C. §1446(d), you are hereby notified of the filing of a Notice of Removal in the above-styled cause, removing the same from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division.

A true and correct copy of said Notice of Removal is attached hereto.

Dated this the 22nd day of November, 2005.

_____
ROBERT C. BLACK, JR.   (BLA 065)
Attorney for Defendants
National Carriers, Inc.
And Bruce Norman, Jr.

OF COUNSEL:

HILL, HILL, CARTER,
   FRANCO, COLE & BLACK, P.C.
425 SOUTH PERRY STREET
POST OFFICE BOX 116
MONTGOMERY, ALABAMA 36101-0116
(334) 834-7600
(334) 832-7419 (telecopier)



EXHIBIT "D"

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Jere L. Beasley, Esq., and Julia A. Beasley, Esq., BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C., Post Office Box 4160, Montgomery, Alabama 36103-4160, by placing a copy of the same in the United States Mail, postage pre-paid and properly addressed on this the 22nd day of November, 2005.

_____
OF COUNSEL