## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 16, 2006

# NOTICE OF CORRECTION

**To:**               **All Counsel of Record**

**From:**             **Clerk's Office**

**Case Style:**       **Carl Bruce Fanning, et al. v. National Carriers, et al.**

**Case Number:**      **#2:05-cv-01121-MHT**

**Referenced Document:**   **Document #15**
                           **Amended Notice of Removal**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature as required by the Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**