IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and BRONDENA FANNING, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NATIONAL CARRIERS; BRUCE NORMAN, JR., and ALLSTATE INSURANCE COMPANY, INC. | ) ) ) ) ) |
| Defendants. | ) |

CASE NO.: 2:05-cv-01121-CSC

# REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to *Fed.R.Civ.P.* 26(f), a meeting by telephone conference was held on March 10, 2006, and was attended by:

    (a) Julia A. Beasley, Esq, attorney for the plaintiffs, Carl Bruce Fanning and Brondena Fanning.

    (b) Robert C. Black, Jr., Esq., attorney for Defendants National Carriers, Inc. and Bruce Norman, Jr.

2.  **Trial Date**.   The parties agree that trial of this case should be set for the jury trial term beginning **February 26, 2007** .  The dates and deadlines listed below reflect a **February 27, 2007** trial date.

3.  **Pre-Discovery Disclosures**.  The parties will exchange by **April 21, 2006** the information required by *Fed.R.Civ.P.* 26(a)(1)(A) - (D).

4. **Discovery Plan**. The parties jointly propose to the Court the following:

(a) Discovery will be needed on the following subjects: liability and damages.

(b) All discovery will be commenced in time to be completed by **January 26, 2007**.

(c) Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

(d) Maximum of 40 requests for admission by each party to any other party. Responses due 30 days after service.

(e) Maximum of 10 depositions by plaintiff and 10 by Defendant, unless extended by agreement of the parties or further court order.

(f) Each deposition other than of the parties limited to maximum of four (4) hours unless extended by agreement of parties, unless extended by agreement of the parties or further court order.

(g) Reports from retained experts under Rule 26(a)(2) due:

(1) From Plaintiff by **November 15, 2006**.

(2) From Defendant by **December 15, 2006**.

(3) In the event the Plaintiff desires to name an expert witness in rebuttal to any expert witness named and identified by the Defendant, then the Plaintiff shall identify any such rebuttal expert witness and produce to the Defendant all reports of that witness within 30 days after the Defendant has produced the reports of their expert witnesses.

      (h)    Supplementation of disclosures and responses under Rule 26(e) due **January 26, 2007**.

    5.    <u>Other Items.</u>

      (a)    The parties do not request a conference with the Court before entry of the scheduling order.

      (b)    The parties request a pretrial conference in **February, 2007**..

      (c)    Plaintiff should be allowed until **June 30, 2006**, to join additional parties and until **July 31, 2006**, to amend the pleadings.

      (d)    Defendant should be allowed until **July 20, 2006**, to join additional parties and until **August 15, 2006**, to amend the pleadings.

      (e)    All potentially dispositive motions should be filed by **December 15, 2006**.

      (f)    Final lists of witnesses and exhibits under Rule 26(a)(3)(A) and (B) are due to be filed by **December 1, 2006**.

      (g)    Final list of exhibits under Rule 26(a)(3)(C) are due to be filed no later than 20 days prior to the first day of the term of court during which this case is scheduled for trial.

      (h)    The parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

      (i)    The case should be ready for trial by **February, 2007**, and at this point in time, the expected length of the trial is unknown.

    Dated:    **March 21, 2006.**

                                        */s/ Julia A. Beasley, Esq.*
                                        JERE L. BEASLEY, ESQ.
                                        JULIA A. BEASLEY, ESQ., , ESQ.
                                        Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN CROW,
  METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

                                        */s/ Robert C. Black, Jr., Esq.*
                                        ROBERT C. BLACK, JR., ESQ.
                                        (ASB-6459-C62R)
                                        Attorney for National Carriers, Inc.
                                        And Bruce Norman, Jr.

OF COUNSEL:

HILL, HILL, CARTER,
  FRANCO, COLE & BLACK, P.C.
425 SOUTH PERRY STREET
POST OFFICE BOX 116
MONTGOMERY, ALABAMA 36101-0116
(334) 834-7600
(334) 263-5969 (telecopier)