IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and<br>BRONDENA FANNING,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL CARRIERS, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  2:05cv1121-MHT<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of defendant Allstate Insurance Company's motion to exercise election (doc. no. 19), it is ORDERED that the other parties show cause, if any there be, in writing by April 4, 2006, as to why said motion should not be granted.

DONE, this the 27th day of March, 2006.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE