IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and<br>BRONDENA FANNING,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL CARRIERS, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  2:05cv1121-MHT<br>)<br>)<br>)<br>) |

**ORDER**

There being no objection, it is ORDERED that the motion to exercise election and opt out of litigation (doc. no. 19) is granted.

DONE, this the 5th day of April, 2006.

                  /s/ Myron H. Thompson
              **UNITED STATES DISTRICT JUDGE**