IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and BRONDENA FANNING, | * * * * |
| Plaintiffs, | * |
| vs. | * CASE NO.: 2:05-cv-01121-MHT * * |
| NATIONAL CARRIERS, INC.; BRUCE NORMAN, JR.; et. al, | * * * |
| Defendants. | * |

## PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs requests the Court to allow them ample time to substitute parties based upon the death of Defendant Bruce Norman, Jr. On August 11, 2006, Plaintiffs were notified by defense counsel that Mr. Norman died in January of 2006.

Neither defense counsel nor Plaintiffs' counsel have knowledge of whether Mr. Norman's estate has been set up. According to the Probate Court of Oklahoma County, Oklahoma and Probate Court of Cleveland County, Oklahoma (the last known address of Mr. Norman), no estate has been set up as of this date.

WHEREFORE, Plaintiffs request the Court for ample time to allow them to properly substitute parties based upon the recent notification of Defendant Norman's death.

_____
JULIA A. BEASLEY (BEA039)
Attorney for Plaintiffs

1

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 15th day of August, 2006.

*Julia A Beasley*
OF COUNSEL

Mr. Robert C. Black
HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama  36101-0116

2