IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CARL BRUCE FANNING and BRONDENA FANNING,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | CASE NO.: 2:05-cv-01121-CSC |
| **NATIONAL CARRIERS; BRUCE NORMAN, JR., and ALLSTATE INSURANCE COMPANY, INC.** | ) ) ) ) ) | |
| **Defendants.** | ) | |

# SUGGESTION OF DEATH

COMES NOW the undersigned, counsel for Defendant, Bruce Norman, and hereby suggests upon the record, pursuant to *Federal Rules of Civil Procedure,* Rule 25, the death of Defendant Bruce Norman on January 22, 2006. It is the intent of the undersigned to amend these pleadings in the near future so as to properly reflect the substitution of Bruce Norman as a party in this matter; however, as of this filing, the appropriate representative of the Estate of Bruce Norman is undetermined.

This suggestion of death does not waive any applicable defenses pleaded by this defendant in the past, present or future.

Dated this the **15th** day of August, 2006.

*/s/ Robert C. Black, Jr.*
ROBERT C. BLACK, JR.   (ASB-6459-C62R)
Attorney for Defendants
National Carriers, Inc. And Bruce Norman, Jr.

OF COUNSEL:

HILL, HILL, CARTER,
  FRANCO, COLE & BLACK, P.C.
425 SOUTH PERRY STREET
POST OFFICE BOX 116
MONTGOMERY, ALABAMA  36101-0116
(334) 834-7600
(334) 832-7419 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court of the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system which will send notification of such filing to counsel listed below and by placing a copy of the foregoing upon counsel listed below in the U.S. Mail, postage prepaid, on this the **15th** day of August, 2006.

Jere L. Beasley, Esq.
Julia A. Beasley, Esq.
**Beasley, Allen, Crow, Methvin,**
**Portis & Miles, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160

　　　　　　　　*/s/ Robert C. Black, Jr.*
　　　　　　　　OF COUNSEL