IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and<br>BRONDENA FANNING,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>NATIONAL CARRIERS, INC.; BRUCE<br>NORMAN, JR.; et al.,<br><br>　　　Defendants. | *<br>*<br>*<br>*<br>*　CASE NO.: 2:05-cv-01121-MHT<br>*<br>*<br>*<br>*<br>*<br>* |

**PLAINTIFFS' NOTIFICATION OF CONSENT TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs hereby notify the Court that Defendants have given Plaintiffs written consent to amend the Complaint. Plaintiffs attach a copy of a letter from defense counsel consenting to the filing of said amendment. (See Exhibit "A".)

　　　　　　　　　　　　　　　　　　　/s/ Julia A. Beasley
　　　　　　　　　　　　　　　　　　　JULIA A. BEASLEY (BEA039)
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103
(334) 269-2343
(334) 954-7555 fax

1

## CERTIFICATE OF SERVICE

I herby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class postage prepaid on this the 15th day of August, 2006.

*Julia A Beasley*
OF COUNSEL

Mr. Robert Black
HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116

**Hill Hill Carter**

Robert C. Black, Jr.
Direct Dial: 334.386.4334
Facsimile: 334.832.7419
rcblackjr@hillhillcarter.com

Hill, Hill, Carter,
Franco, Cole & Black, P.C.
Attorneys at Law

Post Office Box 116
Montgomery, AL 36101-0116

425 South Perry Street
Montgomery, Alabama 36104

Telephone: 334.834.7600
www.HillHillCarter.com

August 15, 2006

**By Facsimile Transmission and U.S. Mail**

Julia A. Beasley, Esq.
BEASLEY, ALLEN CROW, METHVIN
  PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

  Re: <u>Carl Bruce Fanning, et ux v. National Carriers, et al.,</u>
     In the United States District Court for the Middle District of
     Alabama, Northern Division
     Civil Action No. 2:05-cv-01121-CSC

Dear Julia:

  As we discussed, I have no objection to you filing an Amendment to the Complaint to add Rains & Sons Express, LLC as a party defendant in the above-referenced case. This letter serves as written consent of such amendment.

             Sincerely,

             Robert C. Black, Jr.

RCB,Jr.:rm



PLAINTIFF'S EXHIBIT A