IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and <br> BRONDENA FANNING, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL CARRIERS, INC.; BRUCE NORMAN, JR., <br><br> Defendants. | CASE NO.: 2:05-cv-01121-MHT |

**JOINT MOTION TO EXTEND DEADLINE TO AMEND
PLEADINGS AND TO ADD PARTIES**

Recently, defense counsel was informed that Defendant Bruce Norman, Jr., passed away several months ago. Upon such information, defense counsel notified Plaintiffs of Mr. Norman's death. According to the Probate Court of Oklahoma County, Oklahoma and the Probate Court of Cleveland County, Oklahoma, no estate has been set up as of this date; therefore, Plaintiffs are unable to properly substitute parties.

Counsel for Plaintiffs and Defendants request the Court to extend the deadline to amend pleadings and to add parties until such time that both parties can obtain correct information as to the administration of Mr. Norman's estate in order to properly amend the pleadings and add parties.

| | |
|---|---|
| */s/ Robert C. Black, Jr.* | */s/ Julia A. Beasley* |
| ROBERT BLACK, JR. (BLA063) | JULIA A. BEASLEY (BEA039) |
| Attorney for Defendants | Attorney for Plaintiffs |
| HILL, HILL, CARTER, | BEASLEY, ALLEN, CROW, |
| FRANCO, COLE & BLACK, P.C. | METHVIN, PORTIS & MILES, P.C. |
| Post Office Box 116 | P.O. Box 4160 |
| Montgomery, Alabama 36101-0116 | Montgomery, AL 36103-4160 |