IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CARL BRUCE FANNING and            )
BRONDENA FANNING,                 )
                                  )
    Plaintiffs,                   )
                                  )           CIVIL ACTION NO.
    v.                            )           2:05cv1121-MHT
                                  )
NATIONAL CARRIERS, et al.,        )
                                  )
    Defendants.                   )

ORDER

It is ORDERED that the motion to substitute parties (Doc. No. 22) is granted. The parties are reminded of Fed.R.Civ.P. 35(a)(1)'s 90-day requirement.

DONE, this the 16th day of August, 2006.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE