IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and<br>BRONDENA FANNING,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL CARRIERS, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   2:05cv1121-MHT<br>)<br>)<br>)<br>) |

**ORDER**

It is ORDERED that the plaintiffs' motion for leave to amend the complaint (Doc. No. 27) is granted. The plaintiffs are accorded seven days to comply with M.D. Ala. LR 15.1. ("Any amendment to a pleading ... must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference".)

DONE, this the 17th day of August, 2006.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE