IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARL BRUCE FANNING and      )
BRONDENA FANNING,           )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )     2:05cv1121-MHT
                            )
NATIONAL CARRIERS, et al.,  )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the joint motion to extend deadline to amend pleadings and add parties so that a substitution can be made for defendant Bruce Norman, Jr. (doc. no. 26) is granted to this extent.

DONE, this the 17th day of August, 2006.

　　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　  UNITED STATES DISTRICT JUDGE