| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9841 3112 6437 | A. Received by (Please Print Clearly) DANIEL RAINS  B. Date of Delivery 8-21-06 |
| 3. Service Type **CERTIFIED MAIL** | C. Signature  X David Ra—    ☐ Agent  ☐ Addressee |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to: | |

**RAINS & SONS EXPRESS, LLC**
**217 W. 116th**
**Perkins, OK  74059**

05-1121
S+C

PS Form 3811, September 2002                    Domestic Return Receipt