**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CARL BRUCE FANNING and BRONDENA FANNING,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **CASE NO.: 2:05-cv-01121-CSC** |
| **NATIONAL CARRIERS; BRUCE NORMAN, JR., and ALLSTATE INSURANCE COMPANY, INC.** ) ) ) ) ) | |
| **Defendants.** ) | |

# NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW the Plaintiffs and the Defendants in the above-styled cause and, pursuant to Section 3 of the Uniform Scheduling Order, hereby advise the Court that by agreement no settlement conference was held between the parties. The parties had already reached an agreement that mediation of the Plaintiff's claims would assist the parties in attempting to resolve this case. The parties have scheduled the mediation of this case to take place on December 4, 2006. The parties will report to the Court following the mediation as to the results of the mediation.

Dated this the __30th__ day of November, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　 */S/ Julia A. Beasley*
　　　　　　　　　　　　　　　　　　　　　　　　 JULIA A. BEASLEY, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　 Attorney for the Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
　PORTIS & MILES, P.C.
POST OFFICE BOX 4160
MONTGOMERY, ALABAMA 36103-4160
(334) 269-2343

                               **/s/ *Robert C. Black, Jr.***
                               ROBERT C. BLACK, JR.   (ASB-6459-C62R)
                               Attorney for Defendants
                               National Carriers, Inc. And Bruce Norman, Jr.

OF COUNSEL:

HILL, HILL, CARTER,
  FRANCO, COLE & BLACK, P.C.
425 SOUTH PERRY STREET
POST OFFICE BOX 116
MONTGOMERY, ALABAMA  36101-0116
(334) 834-7600
(334) 832-7419 (telecopier)