IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and BRONDENA FANNING, | * * * |
| Plaintiffs, | * * CASE NO.: 2:05-CV-01121-MHT |
| vs. | * * |
| NATIONAL CARRIERS, INC.; BRUCE NORMAN, JR.; et. al, | * * * |
| Defendants. | * |

**PLAINTIFFS' MOTION TO EXTEND DEADLINE TO SUBSTITUTE PARTIES**

Plaintiffs request the Court to extend the deadline to substitute parties for an additional 30 days. As grounds for such motion, states the following:

1. Plaintiffs currently have no knowledge that an estate has been set up on behalf of Bruce Norman, Jr., deceased.

2. According to the Probate Court of Oklahoma County, Oklahoma, and Probate Court of Cleveland County, Oklahoma (the last known address of Mr. Norman), no estate has been opened.

3. Plaintiffs have filed discovery to Defendants in attempts to obtain this information.

WHEREFORE, Plaintiffs request the Court for additional time to allow them to discover information in order to properly substitute parties due to the death of Bruce Norman, Jr.

1

/s/ Julia A. Beasley
JULIA A. BEASLEY (BEA039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 12th day of December, 2006.

/s/ Julia A. Beasley
OF COUNSEL

Mr. Robert C. Black
HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama  36101-0116