IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CARL BRUCE FANNING and<br>BRONDENA FANNING, | )<br>)<br>) | |
|    Plaintiffs, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO.<br>2:05cv1121-MHT |
| NATIONAL CARRIERS, et al., | )<br>) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to extend deadline (Doc. No. 37) is denied.

"A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner, previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request or motion," and "[a] request or motion that fails to meet this requirement will be denied outright, unless the movant offers a credible explanation

in the request or motion why this requirement has not been met." Scheduling Order (Doc. No. 18), § 9(B). Movants here have failed to comply with these requirements.

    DONE, this the 14th day of December, 2006.


                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**