IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARL BRUCE FANNING and BRONDENA FANNING, | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | CASE NO.: |
| | * | 2:05-cv-01121-MHT |
| vs. | * | |
| | * | |
| NATIONAL CARRIERS, INC.; BRUCE NORMAN, JR., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## JOINT MOTION TO DISMISS BRUCE NORMAN, JR., DECEASED, WITHOUT PREJUDICE

The parties, by and through their attorneys, hereby file a Joint Motion to Dismiss Bruce Norman, Jr., who is now deceased, <u>without</u> prejudice with the understanding and agreement by the remaining parties that the dismissal shall have no effect on National Carriers, Inc. or Rains & Sons Express, LLC, the remaining Defendants, and that agency is stipulated to by National Carriers, Inc. in this case. By agreement of this motion, Defendants are in no way admitting to liability in this case.

WHEREFORE, counsel for the parties request that the Court enter an Order dismissing Bruce Norman, Jr., deceased, <u>without</u> prejudice, as a party Defendant with the Order reflecting that the dismissal shall have no effect on National Carriers, Inc. or Rains & Sons Express, LLC and that agency between Bruce Norman, Jr., and National Carriers, Inc. is stipulated to by National Carriers, Inc.

*// Julia A. Beasley //* _____
JULIA A. BEASLEY (BEA039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343

*//Robert C. Black, Jr. //* _____
ROBERT C. BLACK, JR.
Attorney for Defendants

OF COUNSEL:

HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, AL  36101-0116
(334) 834-7600