IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARL BRUCE FANNING and<br>BRONDENA FANNING,<br><br>   Plaintiffs,<br><br>   v.<br><br>NATIONAL CARRIERS, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  2:05cv1121-MHT<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED as follows:

(1) The joint motion to dismiss (doc. no. 39) is granted.

(2) Defendant Bruce Norman, Jr., deceased, is dismissed without prejudice.

DONE, this the 18th day of December, 2006.

            /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE